No. 92–63. FRONTIER PILOTS LITIGATION STEERING COMMITTEE, INC. v. CONTINENTAL AIRLINES, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–66. CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA v. CMSH CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–68. STONECRAFTERS, LTD., ET AL. v. NORWEST EQUIPMENT FINANCE, INC. App. Ct. Conn. Certiorari denied.

No. 92–70. UNITED STATES STEEL CORP. v. CARTER, A MINOR, BY HIS PARENT AND NATURAL GUARDIAN, CARTER, ET AL. Sup. Ct. Pa. Certiorari denied.

No. 92–71. SHIROKEY v. CITY OF CLEVELAND HEIGHTS. Sup. Ct. Ohio. Certiorari denied.

No. 92–73. CONAWAY v. CONTROL DATA CORP. C. A. 5th Cir. Certiorari denied.

No. 92–75. LUBRIZOL CORP. v. EXXON CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–77. DICKERSON ET UX. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–78. SULLIVAN COUNTY, TENNESSEE, ET AL. v. DOE. C. A. 6th Cir. Certiorari denied.

No. 92–80. TOOKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–82. ROMANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–83. TURNER v. FINANCIAL CORPORATION OF AMERICA ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–84. DICKSON WELDING, INC. v. ALEXANDER & ALEXANDER, INC. C. A. 5th Cir. Certiorari denied.